1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN TITUS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>OAK HARBOR FREIGHT LINES, INC.; and DOES 1-100 inclusive,<br><br>Defendants. | Case No: 22:CV-01929-KJM-JDP<br><br>**ORDER GRANTING STIPULATION TO TRANSFER ACTION TO THE NORTHERN DISTRICT OF CALIFORNIA**<br><br>Complaint filed:   10/26/22 |

Case No. 22:CV-01929-KJM-JDP

ORDER RE TRANSFER OF ACTION

**ORDER**

Having considered the Parties' Joint Report re: Outcome of the Mediation and accompanying Joint Stipulation to Transfer this Action, and good cause appearing for the relief requested by the stipulation, it is hereby ordered as follows:

1. This action shall be transferred to the Northern District of California;
2. Once this matter is transferred to the Northern District of California, the Parties shall promptly file a notice of related case requesting that the action be assigned to the same judge who is overseeing *Alvarado et al. v. Oak Harbor Freight Lines, Inc.*, Case No: 3:17-cv-06425-SK (the "Alvarado Lawsuit");
3. All proceedings in this action shall be stayed until this matter is assigned to the judge who is handling the Alvarado Lawsuit and she holds a status conference in this action;
4. Oak Harbor Freight Line, Inc.'s deadline to answer, move or otherwise respond to the Complaint in this case shall be continued from June 2, 2023 up to and including thirty (30) days after this matter is transferred to the Northern District of California and assigned to the same judge as the Alvarado Lawsuit; and
5. All other existing case deadlines and hearings in this matter are vacated, including, but not limited to, the status conference set for August 10, 2023 at 2:30 p.m.

**IT IS SO ORDERED.**

DATED:  May 17, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE